**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Sweet Liv–n Design Center, Inc.

**Debtor(s)**

Case No.: 14–37075

Chapter: 7

ENTERED
03/26/2015

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/26/15

MARVIN ISGUR
United States Bankruptcy Judge